ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Graciela Farris

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GRACIELA FARRIS, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A. <br><br><br><br><br> Defendant. | Case No.: 2:17-cv-02524-TLN-CKD <br><br> NOTICE OF SETTLEMENT WITH DEFENDANTS CITIBANK, N.A. AND CITIMORTGAGE, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

      **PLEASE TAKE NOTICE THAT** plaintiff Graciela Farris and defendants Citibank, N.A. and Citimortgage, Inc. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal within 21 days once the settlement is finalized.

Dated:   January 11, 2019

                                      **Sagaria Law, P.C.**
                                      */s/ Elliot Gale*
                                      Elliot Gale
                                      Attorneys for Plaintiff