1  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
2  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
3  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
4  Roseville, California 95661
   Telephone: (408) 279-2288
5  Facsimile: (408) 279-2299

6  Attorneys for Plaintiff
   Graciela Farris

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| GRACIELA FARRIS,<br><br>            Plaintiff,<br><br>     vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>            Defendants. | Case No.: 2:17-cv-02524-TLN-CKD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANTS CITIBANK, N.A., CITIMORTGAGE, INC.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  **IT IS HEREBY STIPULATED** by and between plaintiff Graciela Farris and defendants Citibank, N.A. and CitiMortgage, Inc. that both Citibank, N.A. and CitiMortgage, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: March 4, 2019    **SAGARIA LAW, P.C.**

             By: */s/ Elliot W. Gale*
             Elliot W. Gale
             Attorneys for Plaintiff
             Graciela Farris

DATED: March 4, 2019    **BRYAN CAVE LEIGHTON PAISNER, LLP**

             By: */s/ Douglas A. Alvarez*
             Douglas A. Alvarez
             Attorneys for Defendants
             Citibank, N.A. and CitiMortgage, Inc.

  I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Douglas A. Alvarez has concurred in this filing.

*/s/ Elliot Gale*